UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-145-RJC

| | |
|---|---|
| PATRICIA ANN RICE,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | |
| ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN,    ) | |
| Acting Commissioner of Social Security    ) | |
| ) | |
| Defendant.    ) | |
| _____    ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees, (Doc. No. 24), and Defendant's Stipulation for Payment of Attorney Fees, (Doc. No. 26). The parties have stipulated and agreed that Defendant will award Plaintiff $5,000.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 24), is **GRANTED**. Defendant shall pay to Plaintiff the sum of $5,000.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at Post Office Box 669468, Charlotte, NC 28266-9468, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

Signed: November 30, 2015

Robert J. Conrad, Jr.
United States District Judge